# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

### NO. 7:18-CR-66-2D

UNITED STATES OF AMERICA,    )
                                   )

        v.                )     ORDER APPROVING PRETRIAL
                                   )     DIVISION AGREEMENT

TIERA SHAVONTAE SPEARS     )

The United States of America, having deferred prosecution in this case pursuant to a written agreement with the Defendant, the written agreement having been submitted to the Court for approval, and the Court having reviewed the written agreement and being of the opinion that deferred prosecution pursuant to the written agreement is appropriate in this case, it is

HEREBY ORDERED that the Pretrial Diversion Agreement executed in this case between the United States and the Defendant, on _January 2, 2019_, is approved pursuant to Title 18, United States Code, Section 3161(h)(2).

The Clerk of Court is hereby DIRECTED to file the Pretrial Diversion Agreement executed herein and this Order approving the Agreement.

This, the _10_ day of _January_, 2019.


                                  JAMES C. DEVER, III
                                  UNITED STATES DISTRICT JUDGE